### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHIELA HOLMES | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV01165   SWW |
| MICHAEL RUSSELL, individually and | * | |
| officially, and JERRY HENRY, | * | |
| individually and officially | * | |
| | | |
| Defendants | | |

### ORDER

Before the Court is Defendants' motion to quash deposition notices commanding Defendants to appear for deposition on May 20, 2011.   Because it appears that Defendants are out of state, making it impossible to proceed with depositions on May 20, 2011, the motion to quash (docket entry #12) is GRANTED.  **However, defense counsel is ordered to confer with Plaintiff's counsel as soon as possible for the purpose of rescheduling the depositions.**  In the event that the parties are unable to agree, the Court will set the deposition dates.

IT IS SO ORDERED THIS 19th DAY OF MAY, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE