IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHIELA HOLMES        * | |
|        * | |
|     Plaintiff        * | |
|        * | |
| V.        * | |
|        * | NO: 4:10CV1165  SWW |
| MICHAEL RUSSELL and JERRY        * | |
| HENRY, in their individual and official        * | |
| capacities,        * | |
| | |
|     Defendants | |

**PROTECTIVE ORDER**

Plaintiff has sought and will receive from Defendants the following documents: (1) every citizen complaint filed against the Osceola Police Department and its officers by residents of the City of Osceola within the past ten (10) years; (2) the personnel file of each employee of the Osceola Police Department that Defendants intend to call as a witness in this case; and (3) the personnel files of Defendants Michael Russell and Jerry Henry.

The foregoing documents, hereinafter "Confidential Documents," produced by Defendants shall be considered confidential and subject to the following terms:

(1) The Confidential Documents and information therein may be used for the purpose of this action only and for no other action or purpose.

(2) The Confidential Documents and information therein may not, without leave of court, be disclosed to any person other than Plaintiff's counsel and necessary personnel.

(3)   Upon completion of this litigation, or before if Plaintiff has no further use of the Confidential Documents, Plaintiff's counsel shall destroy any and all copies of the Confidential Documents and any and all extracts of data from the Confidential Documents.

IT IS SO ORDERED THIS 26th DAY OF OCTOBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE