IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHELIA HOLMES**                                                         **PLAINTIFF**

v.                    **CASE NO. 4:10-CV-01165-SWW**

**MICHEAL RUSSEL, Individually and
Officially; and JERRY HENRY,
Individually and Officially**                                  **DEFENDANTS**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff and asserts that the following circumstances demonstrate "good cause" for the above deadline to be extended as requested:

1. That due to the substantial time required to address the issues in Defendant's Motion, the undersigned's court schedules, and previously scheduled jury trials, Plaintiff requires additional time to file Responses to Defendant's Motion.

2. That the Plaintiff is not making this motion for the purpose of delay, but verily believes that an additional thirty (30) days is necessary in order to timely file a Response.

3. That no party will be prejudiced by the brief extension.

4. That this motion is in the best interest of justice and will not affect the rights of the parties herein.

5. That the Plaintiff has in good-faith conferred with opposing counsel, and she is **unopposed** to an extension of thirty (30) days.

**WHEREFORE** the undersigned prays that this Court grant an extension of time of thirty (30) days within which to Respond to Defendant's Motion for Summary Judgment filed herein and all other proper and just relief.

Respectfully submitted,

/s/Teresa Bloodman
Teresa Bloodman #2005055
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(501) 373-8223 Office
(501) 847-4040 Facsimile
teresabloodman@yahoo.com

## CERTIFICATE OF SERVICE

I, Teresa Bloodman, hereby certify that on this 11th day of May 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:

Ms. Sara Teague
Attorney for Defendants
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: (501) 978-6122
FACSIMILE: (501) 537-6272
EMAIL: steague@arml.org


Mr. Alvin L. Simes
Attorney for Plaintiff
P.O. Box 1248
Forrest City, AR 72336-1248
TELEPHONE: (870) 633-7961

/s/Teresa Bloodman