IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHEILA HOLMES | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV1165 SWW |
| MICHAEL RUSSELL and JERRY | * | |
| HENRY, in their individual and official | * | |
| capacities, | * | |
| | | |
| Defendants | | |

## ORDER

Before the Court is Plaintiff's unopposed motion requesting a thirty-day extension of time in which to respond to Defendants' motion for summary judgment, filed on April 27, 2011. Plaintiff states that "due to the substantial time required to address the issues in Defendant's Motion, [counsel's] court schedules and previously scheduled jury trials[,]" she requires more time to file a response. The Court finds that Plaintiff has failed to state facts warranting a month-long extension. Additionally, the Court must allow sufficient time for Defendants' reply and the Court's decision before the August 27, 2012 trial date.

IT IS THEREFORE ORDERED that Plaintiff's motion (docket entry #73) for an extension of time in which to respond to Defendants' motion for summary judgment (docket entry #69) is GRANTED IN PART AND DENIED IN PART. Plaintiff has fifteen additional days in which to file a response, making her response due on or before May 28, 2012.

IT IS SO ORDERED THIS 23RD DAY OF MAY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE