IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANAS
WESTERN DIVISION

**SHIELA HOLMES**                                                                                    **PLAINTIFF**

CASE NO. 10-CV-01165-SWW

V.

**MICHAEL RUSSELL, INDIVIDUALLY
AND OFFICIALLY, AND JERRY HENRY
INDIVIDUALLY AND OFFICIALLY**                                          **DEFENDANTS**

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff and moves this Honorable Court for an extension of time to file her response to the Defendants' Second Motion for Summary Judgment and as the basis for said motion states:

1. Defendants filed a second Motion for Summary Judgment on or about April 27, 2012.

2. Attached to the Defendants' Second Motion for Summary Judgment are certain exhibits referenced to in the said motion containing information which was not previously provided to the Plaintiff. In addition for the first time and contained within the Second Motion for Summary Judgment are supplemental answers to interrogatories never provided to the Plaintiff as well as references to the Osceola Police Handbook not previously provided.

3. That response to the Second Motion for Summary Judgment will require additional investigation and time to adequately address issues of law and fact.

4. In addition, due to the trial and court schedule of the undersigned, the time

to respond to the Second Motion for Summary Judgment is not sufficient to prepare an adequate response.

5. That this motion is not made for any dilatory reasons but is in the best interest of justice.

6. That on this date, the undersigned counsel has made attempts to contact opposing counsel prior to filing this motion, however due to the holiday, efforts have been unsuccessful.

7. However, opposing counsel previously agreed to an extension of time of thirty (30) days, prior to the Court issuing an Oder requiring a shorter time in which to respond.

**WHEREFORE,** the Plaintiff prays that this court grant an additional twenty (20) days within which to respond or until June 17, 2012 and for all other proper and just relief.

    Respectfully submitted,

    /s/Teresa Bloodman
    Teresa Bloodman #2005055
    Attorney for Plaintiff
    P.O. Box 13641
    Maumelle, AR 72113
    (501) 373-8223 Office
    (501) 847-4040 Facsimile
    teresabloodman@yahoo.com

## CERTIFICATE OF SERVICE

I, Teresa Bloodman, hereby certify that on this 28th day of May, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:

Sara Teague, ABA #20055267
Attorney Defendants
P. O. Box 38
North Little Rock, AR 72115
TELE: (501) 978-6122

Alvin L. Simes
Attorney at Law
P.O. Box 1248
Forrest City, AR 72336-1248
TELE: (870) 633-7961

                                                                  /s/Teresa Bloodman
                                                                 Teresa Bloodman